**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

UNITED STATES,                              :
                                            :
v.                                          :        CASE NO.: 7:21-cr-17-1 (WLS)
                                            :
BRANDON RASHAD DOWDELL,                     :
                                            :
    Defendant.                              :
_____            :

## ORDER

On September 22, 2021, The Court held an in-person hearing in this case on the pending motion to dismiss the indictment for violation of the Speedy Trial Act. Counsel for the Government and Defendant were present as well as Defendant Dowdell. The Court issues this Order to memorialize the instructions given at the hearing.

Counsel for the Defendant is hereby **ORDERED** to obtain the transcript from the January 9, 2020 hearing held before United States District Judge Hugh Lawson in the case numbered 7:18-cr-55, wherein which Judge Lawson granted Defendant's motion to dismiss the indictment by minute entry, and make it a part of the record in this present case. The Parties shall file post-hearing briefs, due the same day, **twenty-one (21) days** after the transcript is made available. Pursuant to the Local Rule 7.4 of this Court, the briefs shall be limited in length to **twenty (20) pages**. Neither party shall be provided the opportunity to file a response or reply.

The briefs shall address the issues raised by counsel in the hearing as well as the question posed by this Court. Whether the potential presence of a statutory violation in this case allows this Court to determine whether the initial indictment – in the case numbered

1

2

7:18-cr-55 – should have been dismissed with prejudice, or if that matter is *res judicata* for all

purposes?

    **SO ORDERED**, this ___23rd___ day of September 2021.

<u>**/s/ W. Louis Sands**</u>

**W. LOUIS SANDS, SR. JUDGE**

**UNITED STATES DISTRICT COURT**