IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Case No.: 7:21-CR-17 (WLS-TQL-1) |
| BRANDON RASHAD DOWDELL, | : |
| Defendant. | : |

**ORDER**

Before the Court is the Defendant's Response (Doc. 31) to this Court's December 6, 2021 (Doc. 30) Order. In the December 6, 2021 Order this Court noticed the parties that "[i]f this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; otherwise this case will be noticed for a pretrial conference."

Defendant in his response informs the Court that there are no matters requiring a hearing or further briefing in this case. Accordingly, it would appear that this matter is ready to proceed for trial.

If a continuance is required, Defendant is hereby **ORDERED** to file a motion to continue **within five days** from the entry of this Order. If no motion is filed this case shall be noticed for a pretrial conference.

**SO ORDERED**, this ___23rd___ day of December 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1