IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:21-CR-17 (WLS-TQL-1) |
| | : |
| BRANDON RASHAD DOWDELL, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

 Before the Court are the Defendant's Second Motion to Dismiss the Indictment (Doc. 37) for violation of the Speedy Trial Act, 18 U.S.C. § 3161, and a contemporaneously filed Objection (Doc. 36) to the Government's Motion for Continuance and Extension of the Speedy Trial Act Deadline. (Doc. 34.) In Defendant's Second Motion to Dismiss the Indictment, Defendant contends that the Speedy Trial Act Clock expired on December 27, 2021 and therefore the indictment should be dismissed with prejudice. (Doc. 37.) In Defendant's Objection to the Government's Motion for Continuance (Doc. 36) Defendant contends that the Government's request to continue the case is not supported by any of the factors identified in 18 U.S.C. § 3161(h) and does not support the ends of justice. § 3161(h)(7).

 In order to ensure the efficient disposition of these issues the Government is hereby **ORDERED** to respond to Defendant's Second Motion to Dismiss the Indictment (Doc. 37) as well as the Defendant's Objection (Doc. 36) **within seven (7) days** of the entry of this Order.

 **SO ORDERED**, this __5th__ day of January 2022.

            **/s/ W. Louis Sands**
            **W. LOUIS SANDS, SR. JUDGE**
            **UNITED STATES DISTRICT COURT**