IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Case No.: 7:21-CR-17 (WLS-TQL-1) |
| : | |
| BRANDON RASHAD DOWDELL, : | |
| : | |
| Defendant. : | |
| : | |

## ORDER

On January 3, 2022 this Court entered an Order (Doc. 35) granting the Government's Unilateral Motion to Continue (Doc. 34) this case to the next available Valdosta trial term. In that Order the Court Continued this case to the Valdosta trial term beginning in May 2022 and excluded the time from the date of the order to the conclusion of the May 2022 trial term from computation under the Speedy Trial Act pursuant to 18 U.S.C. 3161(h)(7). The Court also noted that Defendant had not contested or challenged the Government's motion, but provided the Defendant until January 7, 2022 to file an objection to the continuance. (Doc. 35 at 2.) Defendant timely filed an Objection to the Continuance on January 3, 2022 (Doc. 36) as well as a Second Motion to Dismiss the Indictment for Violation of the Speedy Trial Act. (Doc. 37.) This Court is still considering Defendant's Objection (Doc. 36) and Second Motion to Dismiss the Indictment. (Doc. 37.)

The Court hereby enters this Order **VACATING** and **AMENDING** the January 3, 2022 Order (Doc. 35) in part. Specifically, the Parties are hereby noticed that the Pre-Trial Conference (Doc. 32) previously set for January 18, 2022 at 3:00p.m. is **REINSTATED** and that this case is **CONTINUED** to the Valdosta trial term beginning on February 7, 2022. All

other parts of the January 3, 2022 Order (Doc. 35) shall stand and remain in effect while this Court considers Defendant's Objection (Doc. 36) and Second Motion to Dismiss the Indictment. (Doc. 37.)

    **SO ORDERED**, this ___18th___ day of January 2022.

                                                       /s/ W. Louis Sands
                                                       **W. LOUIS SANDS, SR. JUDGE**
                                                       **UNITED STATES DISTRICT COURT**