# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:21-CR-17 (WLS-TQL-1) |
| | : |
| BRANDON RASHAD DOWDELL, | : |
| | : |
| Defendant. | : |

## ORDER

On January 18, 2022, the Court held a Pretrial Conference in this case. At the Pretrial Conference the Court inquired whether Defense Counsel desired the opportunity to file a reply brief to the Government's Response in Opposition (Doc. 39) or whether Defendant's Objection to the Continuance (Doc. 36) was ripe for review. Defense Counsel requested the opportunity to respond and therefore the Objection is not yet ripe for review. The Court enters this Order to memorialize the instructions given at the Pretrial Conference regarding the filing of the response brief.

Defense Counsel is hereby **ORDERED** to file their response brief by no later than the close of business on **Monday**, **January 24, 2022**. If the Government desires to file a sur-reply, it must do so immediately upon reviewing the Defendant's reply.

**SO ORDERED**, this  19th   day of January 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1