IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:21-CR-17 (WLS-TQL-1) |
| | : |
| BRANDON RASHAD DOWDELL, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

### ORDER

On January 25, 2022 a Pre-Trial Conference was held in the above captioned matter. (Doc. 46.) Based on Defense Counsel's representations at the Pre-Trial Conference, it appeared to the Court that it was the Defendant's intent to forego a trial by jury and stipulate to a bench trial in this case. The Parties are hereby **ORDERED** to confer and inform the Court **no later than Monday, January 31, 2022**, whether the Parties have agreed to try this case in a bench trial. If the Parties agree to try this case in a bench trial, Defendant is hereby **ORDERED** to file the appropriate waiver documentation by **no later than Monday, January 31, 2022.**

**SO ORDERED**, this ___27th___ day of January 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1