IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:21-CR-17 (WLS-TQL-1) |
| | : |
| BRANDON RASHAD DOWDELL, | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

On January 3, 2022 the Defendant filed his Second Motion to Dismiss the Second Indictment. (Doc. 37.) The Government filed its Response in Opposition on January 12, 2022. (Doc. 39) and the Defendant filed a Reply on January 24, 2022. (Doc. 43.) On January 28, 2022 the Defendant notified the Court that the Parties have reached an agreement to resolve this case without the need for a trial. (Doc. 49.) Pursuant to Defendant's notice, the Defendant will plead guilty to the one count indictment (Doc. 1) but reserves the right to appeal this Court's denial of Defendant's First Motion to Dismiss the Second Indictment. (Doc. 29.)

As Defendant has noticed this Court of his intent to plead guilty, the Court finds that Defendant's Second Motion to Dismiss the Second Indictment (Doc. 37) is now moot. Accordingly, Defendant's Second Motion to Dismiss the Second Indictment (Doc. 37) is **DENIED as MOOT without prejudice**. The Court shall set this case for a change of plea hearing at its earliest convenience.

**SO ORDERED**, this 31st day of January 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**